1  Christopher P. Wesierski [Bar No. 086736]
      *cwesierski@wzllp.com*
2  Christian C.H. Counts [Bar No. 208363]
      *ccounts@wzllp.com*
3  Kristen R. Rodriguez [Bar No. 289668]
      *krodriguez@wzllp.com*
4  WESIERSKI & ZUREK LLP
   29 Orchard Road
5  Lake Forest, California 92630
   Telephone: (949) 975-1000
6  Facsimile: (949) 756-0517

7  Attorneys for Defendants COUNTY OF
   SAN BERNARDINO and DEPUTY
8  MIKEY NARINE

9

10

11              **UNITED STATES DISTRICT COURT**

12       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

13
   ABELARDO FLORES,                          Case No. 5:25-cv-2123-MWF (PDx)
14
              Plaintiff,                      **DEFENDANT COUNTY OF SAN**
15                                            **BERNARDINO AND DEPUTY**
        vs.                                   **MIKEY NARINE'S ANSWER TO**
16                                            **COMPLAINT AND DEMAND FOR**
   COUNTY OF SAN BERNARDINO                   **JURY TRIAL**
17 and DEPUTY MIKEY NARINE; and
   DOE DEPUTIES 1-10,                         Trial Date:        None Set
18
              Defendants.
19

20
        COME NOW, COUNTY OF SAN BERNARDINO AND DEPUTY MIKEY
21
   NARINE ("Defendants"), and hereby Answer the Complaint for Damages
22
   ("Complaint") filed by Plaintiff ABELARDO FLORES ("Plaintiff") in the above-
23
   entitled action as follows:
24
                           **INTRODUCTION**
25
        1.    In answering paragraph 1, these answering Defendants admit Plaintiff
26
   has filed a complaint for damages against the County of San Bernardino, Deputy
27
   Mikey Narine, and DOE Deputies 1 – 10.
28

1

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2.      In answering paragraph 2, these answering Defendants currently lack information and belief sufficient to enable them to answer whether the incident at issue occurred on August 22, 2023, in the Adelanto, in the County of San Bernardino and on that basis deny this allegation. Defendants deny that they violated Plaintiff's civil rights.

## JURISDICTION AND VENUE

3.      In answering paragraph 3 and 4, these answering Defendants admit that Plaintiff is ostensibly invoking jurisdiction of this District Court under 28 U.S.C. § 1331 and 1343(a)(3) – (4); 42 U.S.C. § 1983; 28 U.S.C. § 1391(b) and venue in the Central District of California. These answering Defendants admit that they reside in the County of San Bernardino. Defendants lack information and belief sufficient to enable them to answer the remaining allegations and on that basis they deny the remaining allegations.

## PARTIES AND GENERAL ALLEGATIONS

4.      In answering paragraph 5, these answering Defendants lacks information and belief sufficient to enable it to answer regarding Plaintiff's residence, and on that basis denies.

5.      In answering paragraph 6, these answering Defendants admit the Individual Deputies reside in the County of San Bernardino.

6.      In answering paragraph 7, these answering Defendants lack sufficient information and belief sufficient to enable them to answer regarding the Individual Deputies and on that basis deny. Defendants further lacks information and belief sufficient to enable them to answer regarding the acts, failings, and/or omissions of the Individual Deputies and on that basis denies these allegations. Defendant County of San Bernardino denies that it is vicariously liable to Plaintiff.

7.      In answering paragraph 8, these answering Defendants admit the allegations contained therein.

8.      In answering paragraph 9, these answering Defendants admit the County

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

2

of San Bernardino is a governmental entity organized and existing under the laws of the State of California, in the County of San Bernardino, California. Defendant admits that the County of San Bernardino is a chartered subdivision of the State of California with the capacity to be sued. Defendants lack information and belief sufficient to enable it to answer the allegations in this paragraph and on that basis denies the all remaining allegations.

9.    In answering paragraph 10, 11, 12, 13 and 14, these answering Defendants deny these allegations.

## SHORT STATEMENT OF INCIDENT

10.    In answering paragraph 15, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

11.    In answering paragraph 16, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

12.    In answering paragraph 17, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

13.    In answering paragraph 18, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

14.    In answering paragraph 19, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

15.    In answering paragraph 20, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis denies the allegations.

16.    In answering paragraph 21, Defendants lack information and belief

3

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1    sufficient to enable them to answer regarding the allegations in this paragraph and on

2    that basis denies the allegations

3        17.    In answering paragraph 22, Defendants lack information and belief

4    sufficient to enable them to answer regarding the allegations in this paragraph and on

5    that basis denies the allegations.

6        18.    In answering paragraph 23, Defendants admit that Plaintiff bring four (4)

7    causes of action based upon the allegations set forth above.

8                    **FIRST CLAIM FOR RELIEF**

9        **Unlawful Search and Seizure in Violation of 42 U.S.C. § 1983**

10        19.    In answering paragraph 24, Defendants incorporate their responses to

11    paragraphs 1 through 23 above.

12        20.    In answering paragraph 25, Defendants lack information and belief

13    sufficient to enable them to answer regarding the allegations in this paragraph and on

14    that basis deny the allegations.

15        21.    In answering paragraph 26, Defendants lack information and belief

16    sufficient to enable them to answer regarding the allegations in this paragraph and on

17    that basis deny the allegations.

18        22.    In answering paragraph 27, Defendants lack information and belief

19    sufficient to enable them to answer regarding the allegations in this paragraph and on

20    that basis deny the allegations.

21        23.    In answering paragraph 28, Defendants lack information and belief

22    sufficient to enable them to answer regarding the allegations in this paragraph and on

23    that basis deny the allegations.

24        24.    In answering paragraph 29, Defendants lack information and belief

25    sufficient to enable them to answer regarding the allegations in this paragraph and on

26    that basis deny the allegations.

27        25.    In answering paragraph 30, Defendants lack information and belief

28    sufficient to enable them to answer regarding the allegations in this paragraph and on

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4

1  that deny denies the allegations.

2      26.    In answering paragraph 31, Defendants lack information and belief

3  sufficient to enable them to answer regarding the allegations in this paragraph and on

4  that basis deny the allegations.

5      27.    In answering paragraph 32, Defendants lack information and belief

6  sufficient to enable them to answer regarding the allegations in this paragraph and on

7  that basis deny the allegations.

8      28.    In answering paragraph 33, Defendants lack information and belief

9  sufficient to enable them to answer regarding the allegations in this paragraph and on

10  that basis deny the allegations.

11      29.    In answering paragraph 34, Defendants lack information and belief

12  sufficient to enable them to answer regarding the allegations in this paragraph and on

13  that basis deny the allegations.

14      30.    In answering paragraph 35, Defendants lack information and belief

15  sufficient to enable them to answer regarding the allegations in this paragraph and on

16  that basis deny the allegations.

17      31.    In answering paragraph 36, Defendants lack information and belief

18  sufficient to enable them to answer regarding the allegations in this paragraph and on

19  that basis deny the allegations.

20      32.    In answering paragraph 37, Defendants lack information and belief

21  sufficient to enable them to answer regarding the allegations in this paragraph and on

22  that basis deny the allegations.

23      33.    In answering paragraph 38, Defendants lack information and belief

24  sufficient to enable them to answer regarding the allegations in this paragraph and on

25  that basis deny the allegations.

26      34.    In answering paragraph 39, Defendants lack information and belief

27  sufficient to enable them to answer regarding the allegations in this paragraph and on

28  that basis deny the allegations.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

5

DEFENDANTS COUNTY OF SAN BERNARDINO AND
DEPUTY MIKEY NARINE'S ANSWER TO COMPLAINT

35.    In answering paragraph 40, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

36.    In answering paragraph 41, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

37.    In answering paragraph 42, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

38.    In answering paragraph 43, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

39.    In answering paragraph 44, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

40.    In answering paragraph 45, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

41.    In answering paragraph 46, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

42.    In answering paragraph 47, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

43.    In answering paragraph 48, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that basis deny the allegations.

44.    In answering paragraph 49, Defendants lack information and belief

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

6

1  sufficient to enable them to answer regarding the allegations in this paragraph and on

2  that basis deny the allegations.

3                          **SECOND CLAIM FOR RELIEF**

4                  **Excessive Force in Violation of 42 U.S.C. § 1983**

5        45.    In answering paragraph 50, Defendants incorporate their responses to

6  paragraphs 1 through 49 above.

7        46.    In answering paragraph 50, Defendants lack information and belief

8  sufficient to enable them to answer regarding the allegations in this paragraph and on

9  that basis deny the allegations.

10       47.    In answering paragraph 51, Defendants lack information and belief

11  sufficient to enable them to answer regarding the allegations in this paragraph and on

12  that basis deny the allegations.

13       48.    In answering paragraph 52, Defendants lack information and belief

14  sufficient to enable them to answer regarding the allegations in this paragraph and on

15  that basis deny the allegations.

16       49.    In answering paragraph 53, Defendants lack information and belief

17  sufficient to enable them to answer regarding the allegations in this paragraph and on

18  that basis deny the allegations.

19       50.    In answering paragraph 54, Defendants lack information and belief

20  sufficient to enable them to answer regarding the allegations in this paragraph and on

21  that basis deny the allegations.

22       51.    In answering paragraph 55, Defendants lack information and belief

23  sufficient to enable them to answer regarding the allegations in this paragraph and on

24  that deny denies the allegations.

25       52.    In answering paragraph 56, Defendants lack information and belief

26  sufficient to enable them to answer regarding the allegations in this paragraph and on

27  that basis deny the allegations.

28       53.    In answering paragraph 57, Defendants lack information and belief

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

7

1    sufficient to enable them to answer regarding the allegations in this paragraph and on
2    that basis deny the allegations.

3        54.    In answering paragraph 58, Defendants lack information and belief
4    sufficient to enable them to answer regarding the allegations in this paragraph and on
5    that basis deny the allegations.

6        55.    In answering paragraph 59, Defendants lack information and belief
7    sufficient to enable them to answer regarding the allegations in this paragraph and on
8    that basis deny the allegations.

9        56.    In answering paragraph 60, Defendants lack information and belief
10    sufficient to enable them to answer regarding the allegations in this paragraph and on
11    that basis deny the allegations.

12        57.    In answering paragraph 61, Defendants lack information and belief
13    sufficient to enable them to answer regarding the allegations in this paragraph and on
14    that basis deny the allegations.

15        58.    In answering paragraph 62, Defendants lack information and belief
16    sufficient to enable them to answer regarding the allegations in this paragraph and on
17    that basis deny the allegations.

18        59.    In answering paragraph 63, Defendants lack information and belief
19    sufficient to enable them to answer regarding the allegations in this paragraph and on
20    that basis deny the allegations.

21        60.    In answering paragraph 64, Defendants lack information and belief
22    sufficient to enable them to answer regarding the allegations in this paragraph and on
23    that basis deny the allegations.

24        61.    In answering paragraph 65, Defendants lack information and belief
25    sufficient to enable them to answer regarding the allegations in this paragraph and on
26    that basis deny the allegations.

27        62.    In answering paragraph 66, Defendants lack information and belief
28    sufficient to enable them to answer regarding the allegations in this paragraph and on

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

8

1  that basis deny the allegations.

2            **THIRD CLAIM FOR RELIEF**

3          **Denial of Medical Care 42 U.S.C. § 1983**

4      63.    In answering paragraph 67, Defendant incorporates its responses to

5  paragraphs 1 through 66 above.

6      64.    In answering paragraph 68, Defendants lack information and belief

7  sufficient to enable them to answer regarding the allegations in this paragraph and on

8  that basis deny the allegations.

9      65.    In answering paragraph 69, Defendants lack information and belief

10  sufficient to enable them to answer regarding the allegations in this paragraph and on

11  that basis deny the allegations.

12      66.    In answering paragraph 70, Defendants lack information and belief

13  sufficient to enable them to answer regarding the allegations in this paragraph and on

14  that basis deny the allegations.

15      67.    In answering paragraph 71, Defendants lack information and belief

16  sufficient to enable them to answer regarding the allegations in this paragraph and on

17  that basis deny the allegations.

18      68.    In answering paragraph 72, Defendants lack information and belief

19  sufficient to enable them to answer regarding the allegations in this paragraph and on

20  that basis deny the allegations.

21      69.    In answering paragraph 73, Defendants lack information and belief

22  sufficient to enable them to answer regarding the allegations in this paragraph and on

23  that deny denies the allegations.

24      70.    In answering paragraph 74, Defendants lack information and belief

25  sufficient to enable them to answer regarding the allegations in this paragraph and on

26  that basis deny the allegations.

27      71.    In answering paragraph 75, Defendants lack information and belief

28  sufficient to enable them to answer regarding the allegations in this paragraph and on

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

9

DEFENDANTS COUNTY OF SAN BERNARDINO AND
DEPUTY MIKEY NARINE'S ANSWER TO COMPLAINT

1  that basis deny the allegations.

2      72.    In answering paragraph 76, Defendants lack information and belief

3  sufficient to enable them to answer regarding the allegations in this paragraph and on

4  that basis deny the allegations.

5      73.    In answering paragraph 77, Defendants lack information and belief

6  sufficient to enable them to answer regarding the allegations in this paragraph and on

7  that basis deny the allegations.

8              **FOURTH CLAIM FOR RELIEF**

9  **Failure to Prevent Violations of Others in Violation of 42 U.S.C. § 1983**

10     74.    In answering paragraph 78, Defendants incorporate their responses to

11 paragraphs 1 through 77 above.

12     75.    In answering paragraph 79, Defendants lack information and belief

13 sufficient to enable them to answer regarding the allegations in this paragraph and on

14 that basis deny the allegations.

15     76.    In answering paragraph 80, Defendants lack information and belief

16 sufficient to enable them to answer regarding the allegations in this paragraph and on

17 that basis deny the allegations.

18     77.    In answering paragraph 81, Defendants lack information and belief

19 sufficient to enable them to answer regarding the allegations in this paragraph and on

20 that basis deny the allegations.

21     78.    In answering paragraph 82, Defendants lack information and belief

22 sufficient to enable them to answer regarding the allegations in this paragraph and on

23 that basis deny the allegations.

24     79.    In answering paragraph 83, Defendants lack information and belief

25 sufficient to enable them to answer regarding the allegations in this paragraph and on

26 that basis deny the allegations.

27     80.    In answering paragraph 84, Defendants lack information and belief

28 sufficient to enable them to answer regarding the allegations in this paragraph and on

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

10

DEFENDANTS COUNTY OF SAN BERNARDINO AND
DEPUTY MIKEY NARINE'S ANSWER TO COMPLAINT

1  that deny denies the allegations.

2      81.    In answering paragraph 86, Defendants lack information and belief
3  sufficient to enable them to answer regarding the allegations in this paragraph and on
4  that basis deny the allegations.

5      82.    In answering paragraph 87, Defendants lack information and belief
6  sufficient to enable them to answer regarding the allegations in this paragraph and on
7  that basis deny the allegations.

8      83.    In answering paragraph 88, Defendants lack information and belief
9  sufficient to enable them to answer regarding the allegations in this paragraph and on
10  that basis deny the allegations.

11      84.    In answering paragraph 89, Defendants lack information and belief
12  sufficient to enable them to answer regarding the allegations in this paragraph and on
13  that basis deny the allegations.

14      85.    In answering paragraph 90, Defendants lack information and belief
15  sufficient to enable them to answer regarding the allegations in this paragraph and on
16  that basis deny the allegations.

17      86.    In answering paragraph 91, Defendants lack information and belief
18  sufficient to enable them to answer regarding the allegations in this paragraph and on
19  that deny denies the allegations.

20      87.    In answering paragraph 92, Defendants lack information and belief
21  sufficient to enable them to answer regarding the allegations in this paragraph and on
22  that basis deny the allegations.

23      88.    In answering paragraph 93, Defendants lack information and belief
24  sufficient to enable them to answer regarding the allegations in this paragraph and on
25  that basis deny the allegations.

26      89.    In answering paragraph 94, Defendants lack information and belief
27  sufficient to enable them to answer regarding the allegations in this paragraph and on
28  that basis deny the allegations.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

11

90.    In answering paragraph 91, Defendants lack information and belief sufficient to enable them to answer regarding the allegations in this paragraph and on that deny denies the allegations.

## FIRST AFFIRMATIVE DEFENSE

91.    Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against these answering Defendants.

## SECOND AFFIRMATIVE DEFENSE

92.    Because Plaintiff's Complaint is couched in conclusory terms, these answering Defendants cannot fully anticipate all of the affirmative defenses that may be applicable to the action, accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

## THIRD AFFIRMATIVE DEFENSE

93.    Plaintiff has failed to mitigate his damages, which damages are denied to exist.

## FOURTH AFFIRMATIVE DEFENSE

94.    Plaintiff's Complaint is not maintained in good faith and with reasonable cause for purposes of 42 U.S.C. §§ 1983 and 1988.

## FIFTH AFFIRMATIVE DEFENSE

95.    These answering Defendants assert that any recovery on Plaintiff's Complaint, or any purported claim or cause of action alleged therein, is barred in whole or in part by Plaintiff's comparative fault.

## SIXTH AFFIRMATIVE DEFENSE

96.    These answering Defendants assert that any recovery on Plaintiff's Complaint, or any purported claim or cause of action alleged therein, is barred in whole or in part by Plaintiff's own conduct.

## SEVENTH AFFIRMATIVE DEFENSE

97.    Pursuant to Government Code section 818, as well as *The City of*

12

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

DEFENDANTS COUNTY OF SAN BERNARDINO AND
DEPUTY MIKEY NARINE'S ANSWER TO COMPLAINT

*Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981), these answering Defendants are not liable for exemplary or punitive damages in any sum, or at all.

## EIGHTH AFFIRMATIVE DEFENSE

98.    At all times material to this action, Defendants had reasonable and probable cause to detain, restrain and/or arrest Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

99.    These answering Defendants are immune from liability pursuant to the Federal Civil Rights Act where they reasonably believed that its actions were lawful.

## TENTH AFFIRMATIVE DEFENSE

100.    Plaintiff did not sustain an injuries, if at all, sufficient to give rise to a violation of his Federal Civil Rights.

## ELEVENTH AFFIRMATIVE DEFENSE

101.    Each of Plaintiff's claims are barred by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

102.    The actions of these answering Defendants in all respects was reasonable, proper, and legal.

## THIRTEENTH AFFIRMATIVE DEFENSE

103.    Neither a public entity nor public employees are liable for his or her act or omission exercised in due care, in the execution or enforcement of any law.

## FOURTEENTH AFFIRMATIVE DEFENSE

104.    Neither a public entity nor public employees are liable for any injury caused by the act or omission of another person.

## FIFTEENTH AFFIRMATIVE DEFENSE

105.    Neither a public entity nor public employees acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for injury caused thereby, except to the extent that he or she would have been liable had the enactment been constitutional, valid and

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

13

1  applicable.

## SIXTEENTH AFFIRMATIVE DEFENSE

106.   Plaintiff's suit is barred by the provisions of California Government Code sections 815(a-b), 815.2(b), 818.8, 820.2, 820.4, 820.8, 821.6, and 945.4.

## SEVENTEENTH AFFIRMATIVE DEFENSE

107.   These answering Defendants allege that the damages allegedly suffered by Plaintiff, which said damages are generally and specifically denied to exist, were the result of the active and affirmative negligent acts or omissions to act of independent third parties and/or entities whose active and affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiff's alleged damages which thereby relieves these answering Defendants from liability.

## EIGHTEENTH AFFIRMATIVE DEFENSE

108.   Plaintiff's Complaint contains cause(s) of action and facts not contained in a timely filed claim as required by Gov. Code §900 et seq., including §§901, 905, 910, 911.1, 911.2, 911.4, 911.6, 911.8, 912.4, 945.4, 945.6, 946.6, and 952 and CCP §§ 313, 342, 352(b) and therefore, is barred.

## NINETEENTH AFFIRMATIVE DEFENSE

109.   Any damages or injury to Plaintiff was proximately caused by the negligence of Plaintiff in that Plaintiff failed to exercise ordinary care under the circumstances.  Plaintiff is, therefore, barred from recovery herein or, if any liability is found on the part of Defendants, Plaintiff's recovery shall be reduced by Plaintiff's contributory, comparative negligence.

**WHEREFORE, these answering Defendants pray:**

1.     That Plaintiff takes nothing by his Complaint on file herein;

2.     For costs of suit incurred herein;

3.     For attorneys' fees, and

4.     For such additional remedies as the Court may find just and proper.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

14

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1, these answering Defendants hereby demand a jury trial as provided in Rule 38(b) of the Federal Rules of Civil Procedure.

DATED:  September 15, 2025          WESIERSKI & ZUREK LLP

By: _____

CHRISTOPHER P. WESIERSKI
CHRISTIAN C. COUNTS
KRISTEN R. RODRIGUEZ
Attorneys for Defendants COUNTY OF
SAN BERNARDINO DEPUTY MIKEY
NARINE

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4931-5758-4744.1 SBD-00039

DEFENDANTS COUNTY OF SAN BERNARDINO AND
DEPUTY MIKEY NARINE'S ANSWER TO COMPLAINT